Pamela Baker, X15528
Chowchilla California womens facility.
P.O. Box 1508
Chowchilla CA. 93610-1508



FILED
AUG 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## U.S. District Court
## Southern District of California

08CV1081 J(NLS)
Case No. SCD192576

Pamela J Baker

V.

Lattimore, Mary (A)

Request for Extension of time to file my Petition for writ of Habeas Corpus of (30) days.

I, Pamela Baker, Petitioner, do hereby request extension of time to file my writ of Habeas corpus as petitioner (myself) filed writ on wrong form.

Date 8-21-08

Respectfully
Pamela Baker
In pro per